# Court of Appeals
# of the State of Georgia

ATLANTA,   April 30, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0666. WATSON v. THE STATE.**

Melton Paul Watson, appearing pro-se, filed a notice of appeal on October 21, 2013, and this appeal was docketed on December 6, 2013, making appellant's brief containing an enumeration of errors due by December 27, 2013. This Court has twice granted appellant an extension of time to file his brief and enumeration of errors, with the last deadline being March 31, 2014. As of the date of this order, appellant has failed to timely file a brief and enumeration of errors with this Court. Accordingly, the appeal is DISMISSED for failure to file a brief and enumeration of errors within the period ordered by this Court.  See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 04/30/2014
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*